(87 South. 923)

DIXON v. RODEN COAL CO. (2 Div. 746.) (Supreme Court of Alabama. Feb, 8, 1921.) Appeal from Circuit Court, Bibb County; B. M. Miller, Judge. Frank S. White & Sons, of Birmingham, for appellant. Percy, Benners, & Burr, of Birmingham, for appellee.

PER CURIAM. Affirmed on certificate.

(87 South. 923)

ELLARD v. ELLARD. (6 Div. 91.) (Supreme Court of Alabama. Nov. 23, 1920.) Appeal from Circuit Court, Jefferson County; Hugh A. Locke, Judge.

PER CURIAM. Appeal dismissed.

(87 South. 923)

FOLMAR v. POWELL. (4 Div. 854.) (Supreme Court of Alabama. Jan. 18, 1921.) Appeal from Circuit Court, Pike County; A. B. Foster, Judge.

PER· CURIAM. Appeal dismissed for want of prosecution.

(88 South. 921)

FOSHEE et al. v. FOSHEE. (5 Div. 759.) (Supreme Court of Alabama. April 12, 1921. Appeal from Probate Court, Chilton County; L. H. Reynolds, Judge. Grady Reynolds, of Clanton, for appellee.

PER CURIAM. Appeal dismissed on motion of appellee.

(87 South. 924)

Ex parte FRANK S. WHITE & SONS. (7 Div. 129.) (Supreme Court of Alabama. Nov. 12, 1920.) Frank S. White & Sons, of Birmingham, for petitioner. Percy, Benners & Burr, of Birmingham, for appellee.

PER CURIAM. Petition of Frank S. White & Sons for mandamus to Hon. E. J. Garrison, as judge of the Eighteenth judicial circuit, requiring him to show cause why he should not vacate and annul an order requiring petitioner to immediately return certain bills of exception, and directing the said judge to stay further proceedings pending the final disposition of this petition. Rule nisi denied.

(88 South. 921)

In re GERALD. M. C. KISER CO. v. GERALD. (5 Div. 781.) (Supreme Court of Alabama. April 21, 1921.) Certiorari to Court of Appeals. J. M. Holly and George F. Smoot, both of Wetumpka, for appellant. Thomas H. Smith, of Wetumpka, for appellee.

PER CURIAM. Petition by N. F. Gerald for certiorari to Court of Appeals, to review and revise the judgment of said court rendered in the appeal of M. C. Kiser Company v. N. F. Gerald, 88 South. 49. Writ denied.

(87 South. 924)

GRISSOM et al. v. SHEPHERD. (6 Div. 239.) (Supreme Court of Alabama. Dec. 3, 1920.) Appeal from Probate Court, Walker County; E. W. Long, Judge. Davis & Pennington, of Jasper, for appellee.

, PER CURIAM. Affirmed on certificate.

(87 South. 924)

HARDIN v. RODEN COAL CO. (2 Div. 748.) (Supreme Court of Alabama. Feb. 8, 1921.) Appeal from Circuit Court, Bibb County; B. M. Miller, Judge. · Frank S. White & Sons, of Birmingham, for appellant. Percy, Benners & Burr, of Birmingham, for appellee.

PER CURIAM. Affirmed on certificate.

(88 South. 921)

HARRISON v. AUSTIN et al. (6 Div. 299.) (Supreme Court of Alabama. April 21, 1921.) Appeal from Circuit Court, Jefferson County; Hugh A. Locke, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

(88 South. 922)

HAYGOOD v. WILSON. (3 Div. 505.) (Supreme Court of Alabama. May 10, 1921.) Appeal from Circuit Court, Autauga County; B. K. McMorris, Judge. Gipson & Booth, of Prattville, for appellee.

PER CURIAM. Affirmed on certificate on motion of appellee.

(87 South. 924)

HENDERSON v. STEINER, LOBMAN DRY GOODS CO. (4 Div. 832.) (Supreme Court of Alabama. Jan. 18, 1921.) Appeal from Circuit Court, Coffee County; O. S. Lewis, Special Judge. W. R. Chapman, of Dothan, for appellant. Farmer, Merrill & Farmer and H. K. Martin, all of Dothan, for appellee.

PER CURIAM. Appeal dismissed for want of prosecution.

(88 South. 922)

HILLCO AMUSEMENT ENTERPRISE CO. v. BARRETT et al. (6 Div. 102.) (Supreme Court of Alabama. April 21, 1921.) Appeal from Circuit Court, Jefferson County; Dan A. Greene, Judge.

PER CURIAM. Appeal dismissed for want of prosecution. .

(87 South. 924)

HODGES v. SOUTHERN STATES FIRE INS. CO.. et al. (6 Div. 871.) (Supreme Court of Alabama. Jan. 20, 1921.) Appeal from Circuit Court, Jefferson County; Hugh A. Locke, Judge. John W. Altman, M. H. Murphy, and Jerome Edmundson, all of Birmingham, for appellant. Cabaniss & Cabaniss and Lamkin & Watts, all of Birmingham, for appellees.

SOMERVILLE, J. This cause is affirmed, on the authority of Noble v. Gadsden L. & I. Company, 133 Ala. 250, 31 South. 856, 91 Am St. Rep. 27, and the other cases following it. .

(87 South. 924)

JOHNSON v. RODEN COAL CO. (2 Div. 749.) (Supreme Court of Alabama. Feb. 2, 1921.) Appeal from Circuit Court, Bibb County; B. M. Miller, Judge. Frank S. White & Sons, of Birmingham, for appellant. Percy, Benners & Burr, of Birmingham, for appellee.

PER CURIAM. Affirmed on certificate.